UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAP CO., LTD.,

    Plaintiff,

    v.

MCAFEE, INC.,

    Defendant.

Case No. 14-cv-05068-JD

**SCHEDULING ORDER**

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.  The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Trials.

| Event | Deadline |
| --- | --- |
| Disclosure of Asserted Claims and Infringement contentions and Accompanying document Production | 3/27/15 |
| Disclosure of Invalidity Contentions and Accompanying Document Production | 5/15/15 |
| Fact discovery cut-off Exchange of Proposed Terms for Construction | 5/29/15 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | 6/19/15 |
| Joint Claim Construction and Pre-Hearing Statement | 7/17/15 |
| Completion of Claim Construction Discovery | 8/27/15 |
| Claim Construction Opening Brief | 9/18/15 |

| Claim Construction Opposition Brief | 10/16/15 |
|---|---|
| Claim Construction Reply Brief | 10/30/15 |
| Tutorial | 11/5/15 at 2:00 pm. Each side will have 45 minutes. |
| Claim construction hearing | 11/19/15 at 2:00 pm. |
| Pretrial conference | 8/19/16 at 3:00 pm. |
| Jury trial | 8/31/16 at 8:30 am. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to obey a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: July 15, 2015

_____
JAMES DONATO
United States District Judge

2